WRIGHT, APPELLANT, *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, APPELLEE.

[Cite as *Wright v. State Farm Mut. Auto. Ins. Co.* (1992), 62 Ohio St.3d 408.]

(No. 91–1118—Submitted January 7, 1992—Decided January 22, 1992.)

*Bradley, Topper & Farris Co., L.P.A.,* and *Richard D. Topper,* for appellant.

*Hamilton, Kramer, Myers & Cheek* and *James R. Gallagher,* for appellee.

The judgment of the court of appeals is reversed and the cause is remanded to the trial court on authority of *State Farm Auto. Ins. Co. v. Alexander* (1992), 62 Ohio St.3d 397, 583 N.E.2d 309.

MOYER, C.J., SWEENEY, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

HOLMES and WRIGHT, JJ., dissent and would affirm the judgment of the court of appeals.